# MEMORANDUM DECISIONS.

In re ABEL. (Supreme Court, Appellate Division, First Department. April 1, 1915.) In the matter of Nicholas Abel. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ABRAHAM, Appellant, v. AMERICAN EXCHANGE NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Owen E. Abraham, as assignee, etc., against the American Exchange National Bank. C. A. Baker, of New York City, for appellant. L. L. Kellogg, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ADAMS, Appellant, v. STEWART et al., Respondents. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by James W. Adams against Edwin H. Stewart and others. W. G. Cooke, of New York City, for appellant. A. L. Everett, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1096.

ADAMS v. STEWART et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by James W. Adams against Edwin H. Stewart, impleaded with Elizabeth S. Turner. A. D. Truax, of New York City, for appellant. A. L. Everett, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1096.

AHLSTROM v. AHLSTROM. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Hilma E. Ahlstrom against Charles O. Ahlstrom. No opinion. Motion granted, on condition that plaintiff perfect her appeal, place the case upon the April calendar, and be ready for argument when reached; otherwise, motion denied. See, also, 152 N. Y. Supp. 1096.

AHLSTROM, Appellant, v. AHLSTROM, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Hilma E. Ahlstrom against Charles O. Ahlstrom. No opinion. Order affirmed, without costs. See, also, 152 N. Y. Supp. 1096.

AISTON, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Joseph Aiston, an infant, by William Aiston, his guardian ad litem, against the Morse Dry Dock & Repair Company. No opinion. Judgment and order unanimously affirmed, with costs.

ALBERT et al., Appellants, v. FREUND et al., Respondents. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Saffe Albert and others against Alfred Freund and others. M. Slade, of New York City, for appellants. A. D. Lind, of New York City, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissents, being of opinion that only one cause of action is alleged to recover two items of damage for a breach of the same contract.

ALLEN, Respondent, v. WHITNEY–STEEN CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Charles D. Allen against the Whitney-Steen Company. No opinion. Order affirmed, with $10 costs and disbursements.

ALTMAN v. BECK et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Aron Altman against Gesine Beck and others. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the April calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

AMANNA, Appellant, v. KOENIG et al., Respondents. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Fiore Amanna against Louis Koenig and others. O. Tierney, of New York City, for appellant. F. W. Hamberg, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 151 N. Y. Supp. 1101.

AMERICAN AGR. CHEMICAL CO., Appellant, v. BROOKS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by the American Agricultural Chemical Company against Augustus Brooks and another.

PER CURIAM. Appeal dismissed, with $10 costs and disbursements. The warrant, while it might have been properly issued by the county judge, should have been made returnable before a term of the Supreme Court at which the contempt motion might be heard. Judiciary Law (Consol. Laws, c. 30) § 757. The County Court of Suffolk County had no jurisdiction of this proceeding.

ANDREWS et al., Respondents, v. KENT BLDG. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Frank M. Andrews and others against the Kent Building Company. D. G.